

Jeffrey Spiegel
77 Water Street, Suite 2100
New York, New York 10005
Jeffrey.Spiegel@lewisbrisbois.com
Direct: 646.783.1703

December 11, 2019

*Via ECF*
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:   *Samuella Compere v. AIDS Healthcare Foundation, Inc.*
                19 Civ. 4878 (BMC) (LB)

Dear Judge Bloom:

      On behalf of Defendant AIDS Healthcare Foundation, I write to inform the Court that today, the parties have agreed to settle this matter in principle and in the process of preparing and effectuating the necessary paperwork.

      Accordingly, the parties jointly request that the telephone conference scheduled for December 12, 2019 at 12:00 pm be adjourned in contemplation of the filing of dismissal paperwork.

      Thank you for your attention to this matter.

                                     Respectfully,

                                     *Jeffrey Spiegel*

                                     Jeffrey Spiegel
                                     LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: Plaintiff (via ECF and E-Mail)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA
4812-2552-9774.1